1  Troy M. Yoshino, Bar No. 197850
     tyoshino@cbmlaw.com
2  Eric J. Knapp, Bar No. 214352
     eknapp@cbmlaw.com
3  Aengus H. Carr, Bar No. 240953
     acarr@cbmlaw.com
4  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
5  44 Montgomery Street, Suite 400
   San Francisco, California 94104
6  Telephone:    415.989.5900
   Facsimile:    415.989.0932
7
   Attorneys for Defendant
8  BMW of North America, LLC

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13 | MICHAEL CALLAGHAN, MATTHEW CALDWELL and RODNEY PENA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BMW of NORTH AMERICA, LLC, a Delaware Limited Liability Company, and BAYERISCHE MOTOREN WERKE AG, a corporation organized under the laws of the Federal Republic of Germany,

Defendants.

Case No. CV-13-4794 (RS)

[~~PROPOSED~~] ORDER ON STIPULATION ON DEFENDANT'S RESPONSE TO COMPLAINT AND SETTING BRIEFING SCHEDULE

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF607715-1

Case No. CV-13-4794 (RS)

[PROPOSED] ORDER ON STIPULATION ON DEFENDANT'S RESPONSE TO COMPLAINT AND SETTING BRIEFING SCHEDULE

# ORDER

For good cause shown, the Court hereby enters the parties Stipulation on Defendant's Response to the Complaint and Setting Briefing Schedule as the Order of the Court. The schedule in this case is hereby modified as follows:

The schedule for BMW of North America LLC's ("BMW NA") response to the First Amended Complaint ("FAC"), and any motion briefing flowing from it, shall be:

- BMW NA's deadline to respond to the Complaint is December 20, 2013;
- Plaintiffs' opposition to any motion is due January 17, 2014; and
- BMW NA will file any reply by January 31, 2014.

**IT IS SO ORDERED.**

DATED:   11/8              , 2013

_____
Honorable Richard Seeborg

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF607715-1                -2-                Case No. CV-13-4794 (RS)
[PROPOSED] ORDER ON STIPULATION ON DEFENDANT'S RESPONSE TO COMPLAINT AND SETTING BRIEFING SCHEDULE