1  Troy M. Yoshino, Bar No. 197850
     tyoshino@cbmlaw.com
2  Eric J. Knapp, Bar No. 214352
     eknapp@cbmlaw.com
3  Aengus H. Carr, Bar No. 240953
     acarr@cbmlaw.com
4  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
5  44 Montgomery Street, Suite 400
   San Francisco, California 94104
6  Telephone:   415.989.5900
   Facsimile:   415.989.0932

Attorneys for Defendant
BMW of North America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CALLAGHAN, MATTHEW CALDWELL and RODNEY PENA, on behalf of themselves and all others similarly situated, | Case No. CV-13-4794 (RS) |
| Plaintiffs, | [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON STIPULATION REGARDING AMENDMENT OF THE COMPLAINT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| BMW of NORTH AMERICA, LLC, a Delaware Limited Liability Company, and BAYERISCHE MOTOREN WERKE AG, a corporation organized under the laws of the Federal Republic of Germany, | |
| Defendants. | |

## ORDER

The Court, having reviewed the Stipulation Regarding Amendment of the Complaint and Request to Continue Initial Case Management Conference submitted by plaintiffs Michael Callaghan, Matthew Caldwell and Rodney Pena ("Plaintiffs"), and defendants BMW of North America, LLC and BMW AG ("Defendants") (collectively, the "Parties"), and finding good cause therein, hereby orders as follows::

     a.    Plaintiffs shall file a First Amended Complaint ("FAC") on or before January 6, 2014;

     b.    Defendants shall respond to the FAC on or before February 3, 2014;

     c.    If Defendants' responses to the FAC are in the form of motions, then the following schedule shall apply:

- February 24, 2014 – Plaintiffs shall file any briefs in opposition;
- March 3, 2014 – Defendants shall file any reply briefs in support; and
- March 20, 2014 – Hearing on Defendants' Motions.

     b.    The initial case management conference in this matter currently set for Friday, January 23, 2014, at 10:00 a.m. is hereby continued to April 10, 2014 at 10:00 a.m.

     c.    Defendants need not respond to the Complaint (Docket No. 1).

**IT IS SO ORDERED.**

DATED: __12/19_____, 2013

_____
Honorable Richard Seeborg

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF611561-1     -2-     Case No. CV-13-4794 (RS)
[PROPOSED] ORDER ON STIPULATION ON AMENDMENT OF COMPLAINT AND REQ. TO CONTINUE INITIAL CMC