Troy M. Yoshino, Bar No. 197850
  tyoshino@cbmlaw.com
Eric J. Knapp, Bar No. 214352
  eknapp@cbmlaw.com
Aengus H. Carr, Bar No. 240953
  acarr@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932

Attorneys for Defendants
BMW of North America, LLC and BMW AG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CALLAGHAN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW of NORTH AMERICA, LLC, a Delaware Limited Liability Company, and BAYERISCHE MOTOREN WERKE AG, a corporation organized under the laws of the Federal Republic of Germany,<br><br>Defendants. | Case No. CV-13-4794 (JD)<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE TO RESPOND TO SECOND AMENDED COMPLAINT |

## ORDER

The Court, having reviewed the Stipulation Regarding Briefing Schedule To Respond To Second Amended Complaint submitted by plaintiffs Michael Callaghan, Matthew Caldwell, Rodney Pena, Jeanne Dose-Alderson and Steve Mueller ("Plaintiffs"), and defendants BMW of North America, LLC and BMW AG ("Defendants") (collectively, the "Parties"), and finding good cause therein, hereby orders as follows:

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF627101-1

Case No. CV-13-4794 (JD)

[PROPOSED] ORDER ON STIP. RE BRIEFING SCHEDULE TO RESPOND TO SECOND AMENDED COMPLAINT

1   The briefing schedule for Defendants' planned motions in response to the Second
2   Amended Complaint shall be:
3       June 6, 2014 – Defendants file responsive motions to the Second Amended
4       Complaint;
5       June 27, 2014 – Plaintiffs file oppositions;
6       July 11, 2014 – Defendants file replies; and
7       July 30, 2014 – Hearing on Defendants' motions
8   **IT IS SO ORDERED.**
9
10  DATED: _____May 23_____, 2014

_____
United States District Judge JAMES DONATO

GRANTED
Judge James Donato
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF627101-1 -2- Case No. CV-13-4794 (JD)
[PROPOSED] ORDER ON STIP. RE BRIEFING SCHEDULE TO RESPOND TO SECOND AMENDED COMPLAINT