1 Troy M. Yoshino, Bar No. 197850
   tyoshino@cbmlaw.com
2 Eric J. Knapp, Bar No. 214352
   eknapp@cbmlaw.com
3 Aengus H. Carr, Bar No. 240953
   acarr@cbmlaw.com
4 **CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
5 44 Montgomery Street, Suite 400
San Francisco, California 94104
6 Telephone:  415.989.5900
Facsimile:  415.989.0932

Attorneys for Defendants
BMW of North America, LLC and
Bayerische Motoren Werke AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CALLAGHAN, MATTHEW CALDWELL and RODNEY PENA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW of NORTH AMERICA, LLC, a Delaware Limited Liability Company, and BAYERISCHE MOTOREN WERKE AG, a corporation organized under the laws of the Federal Republic of Germany,<br><br>Defendants. | Case No. CV-13-4794 (JD)<br><br>[~~Proposed~~] Final Judgment |

By Order dated November 21, 2014, this Court dismissed Plaintiffs' Second Amended Complaint, with leave to amend by December 30, 2014 on all claims except the unjust enrichment claim, which was dismissed with prejudice. (Dkt. 65.) On December 30, 2014, Plaintiffs filed a Notice of Intent Not to File Amended Complaint, and did not file an amended complaint. (Dkt. 66.) Accordingly, by operation of the November 21 Order (Dkt. 65), plaintiffs' Second Amended Complaint is dismissed with prejudice in its entirety.

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF646418-1                                                          Case No. CV-13-4794 (JD)

[PROPOSED] FINAL JUDGMENT

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in
2 favor of all Defendants, and against all Plaintiffs.

Dated: January 8, 2015

_____
JAMES DONATO
United States District Judge

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF646418-1 -2- Case No. CV-13-4794 (JD)
[PROPOSED] FINAL JUDGMENT